ALEXANDER McKINNON v. EUGENE ATKINS.

*Case made—Circuit court rule 84 requires statement of errors to be filed—Failure to except to order of court directing judgment, or to assign error thereon, necessitates dismissal of case.*

1. Where a case is certified to the Supreme Court under circuit court rule 84, a statement of the errors relied on should be filed as provided for in that rule.

2. Where a case made is agreed upon by the parties, and the circuit judge directs judgment to be entered thereon in favor of the plaintiff, the

failure of the defendant to except to such order, or assign error thereon, is fatal to his right to a review of the judgment in this Court, and the case will be dismissed.

Case made before judgment from Clare. (Hart, J.) Argued February 18, 1886. Decided April 8, 1886.

Assumpsit. Defendant brings error. Case dismissed. The facts are stated in the opinion.

*W. A. Burritt* and *Charles F. Hammond*, for appellant.

[Brief confined to a discussion of the case on the merits. REPORTER.]

*J. B. Abbott* and *E. C. Chapin*, for plaintiff:

This is a case made before judgment, and was certified to this Court under circuit court rule 84, but the required statement of errors was not filed. No exception was taken to the order of the circuit judge directing judgment for the plaintiff, nor is any error assigned thereon. The failure to *serve* such statement has been overlooked by this Court where exceptions were duly taken to the findings of the circuit judge and appeared in the record : *Perkins v. Nugent*, 45 Mich. 156; but in this case there is nothing in the record showing any exceptions on the part of the defendant, or, in fact, any question for the consideration of the Court.

CHAMPLIN, J. This cause purports to be a case made before judgment. It appears to have been certified to this Court under rule 84 of the circuit court rules.

That rule requires a statement of errors to be filed, which has not been done.

The record does not show that any exception was taken to the order of the circuit judge directing a judgment for plaintiff, nor is there any error assigned.

The plaintiff in his brief relies upon these errors and irregularities, and they cannot be overlooked. An order must be entered dismissing the case out of this Court.

The other Justices concurred.